## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| REPUBLICAN NATIONAL COMMITTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-CV-00486-JEB |
| | ) | |
| UNITED STATES DEPARTMENT OF STATE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

On April 26, 2016, the Court ordered the parties to file a status report setting forth a production and briefing schedule by May 16, 2016.  Plaintiff the Republican National Committee ("RNC" or "Plaintiff") and Defendant United States Department of State ("State") have conferred and jointly submit this status report.  In support, the parties state as follows:

1.  The Complaint in this action under the Freedom of Information Act (FOIA) was filed on March 14, 2016.  State filed its answer on April 14, 2016.

2.  The FOIA request at issue in this case seeks communications  between designated individuals (former Secretary of State Hillary Clinton and 14 members of her senior staff) and 12 designated domains (certain outside email accounts) dating from January 21, 2009 to February 1, 2013.  Specifically, RNC requested:

> Any and all records, emails, attachments, and data of any nature, in any format, that were sent to, received from, or otherwise exchanged between any DESIGNATED INDIVIDUALS and any individual utilizing an email account from any DESIGNATED DOMAINS.

1

3. State's search for potentially responsive documents is not yet complete.   State anticipates that its search will be complete by June 16, 2016.

4. To date, State estimates that it has collected approximately 4,200 potentially responsive documents.  State further believes that a significant number of these 4,200 potentially responsive documents may be subject to interagency consultation.

5. The parties believe that they will be in a better position to propose a production schedule once State completes its search for potentially responsive records and an initial responsiveness review, which is already underway.  This will allow State to more definitively determine the total volume of records that must be fully processed in response to Plaintiff's FOIA request.

6. Accordingly, the parties propose to file another status report on June 16, 2016, in which State will provide an updated estimate of the number of documents that are responsive to the FOIA request, as well as the number of responsive records that State has referred to other agencies for interagency consultation as of June 16.   In the June 16, 2016 status report, the parties will also provide the Court with a proposed production schedule.

7. As agreed in the parties' joint motion for extension filed on April 25, 2016, State completed its first production of non-exempt responsive material to Plaintiff today, May 16, 2016.

8. The parties agree that State will produce responsive, non-exempt documents on a rolling basis each month, starting with today's production.  State agrees to process a minimum of 500 pages for the second production on June 16.

9. The parties further agree that briefing for summary judgment should be completed

2

within four months after document production ended.  Therefore, the parties propose to submit

another status report within thirty days of the final production, in which they will propose a

briefing schedule for summary judgment, if necessary.

Dated:  May 16, 2016                                    Respectfully submitted,


                                                        BENJAMIN C. MIZER
                                                        Principal Deputy Assistant Attorney General

                                                        MARCIA BERMAN
                                                        Assistant Director
                                                        Federal Programs Branch

                                                          /s/ Jean-Michel Voltaire
                                                        JEAN-MICHEL VOLTAIRE
                                                        NYS Bar
                                                        Trial Attorney
                                                        U.S. Dept. of Justice – Civil Division
                                                        20 Mass. Ave., NW
                                                        Washington, DC 20001
                                                        (202) 616-8211 phone
                                                        (202) 616-8460 fax
                                                        jean.michel.voltaire@usdoj.gov

                                                        *Attorney for Defendant*


                                                          /s/ Jason Torchinsky
                                                        JASON TORCHINSKY
                                                        (DC Bar No. 976033)
                                                        Holtzman Vogel Josefiak Torchinsky PLLC
                                                        45 North Hill Drive, Suite 100
                                                        Warrenton, VA 20186
                                                        Phone: (540) 341-8808
                                                        Fax: (540) 341-8809
                                                        Email: jtorchinsky@hvjt.law

                                                        *Attorney for Plaintiff*